429 A.2d 758

Commonwealth v. Wilson, Appellant.

Submitted March 21, 1980. Floyd Wilson, appellant, in propria persona; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

429 A.2d 759

DeAngelis, Appellant v. DeAngelis.

Argued April 15, 1980. Zeno Fritz, for appellant; Carl M. Janavitz, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.